IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK ALLEN JORDAN, <br> # 273663, <br> <br> Plaintiff, <br> <br> v. <br> <br> OFFICER GUICE, *et al.*, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:15-CV-725-WKW <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On January 12, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 16.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)   The Recommendation is ADOPTED; and

(2)   This case is DISMISSED without prejudice and no costs are taxed.

A separate final judgment will be entered.

DONE this 3rd day of February, 2016.

                                          /s/ W. Keith Watkins
                               CHIEF UNITED STATES DISTRICT JUDGE